T. D. BOLLING, JR., SBN 33236
MARJORIE E. MANNING, SBN 118643
**BOLLING, WALTER & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California 95826
Telephone No. (916) 369-0777
Telecopier No. (916) 369-2698

Attorneys for Plaintiff Gregory C. Byers, Jr.

Michael C. Wenzel, Esq., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BYERS, JR.<br><br>Plaintiff,<br><br>v.<br><br>DAVIS JOINT UNIFIED SCHOOL DISTRICT, DAVID MURPHY, MICHAEL CAWLEY, PATRICK DONLON, STEVE HOROWITZ, DOES 1 through 12,<br><br>Defendants.<br>_____/ | Case No.  2:07-CV-01056 FCD-DAD<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND CONTINUING DEADLINE FOR FILING JOINT STATUS REPORT** |

Pursuant to the stipulation of the parties filed October 9, 2007, it is hereby ordered that:

1. Hearing on defendants' motions to dismiss is continued from November 9, 2007 to December 14, 2007 at 10:00 a.m. All briefing shall comply with Local Rule 78-230 and the new hearing date.

2. The parties' joint status report shall be filed no later than twenty (20) days following the filing of the Court's order on defendants' motions to dismiss.

DATED: October 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE