1  EUGENE B. ELLIOT, ESQ., SBN 111475
   MICHAEL C. WENZEL, ESQ., SBN 215388
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, CA 94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5
   Attorneys for Defendants Davis Joint Unified
6  School District, David Murphy, Michael Cawley,
   Patrick Donlon and Steve Horowitz
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 GREGORY C. BYERS, JR.,                ) Case No.: 2:07CV-01056 FCD DAD
                                         )
13           Plaintiff,                  )
                                         ) **STIPULATION TO CONTINUE**
14      vs.                              ) **HEARING ON MOTIONS TO DISMISS**
                                         ) **AND TO CONTINUE DEADLINE FOR**
15 DAVIS JOINT UNIFIED SCHOOL            ) **FILING OF JOINT STATUS REPORT**
   DISTRICT, DAVID MURPHY, MICHAEL       )
16 CAWLEY, PATRICK DONLON AND            )
   STEVE HOROWITZ,                       )
17                                       )
                                         )
18           Defendant.                  )

19

20      IT IS HEREBY STIPULATED by and between the parties through their respective

21 counsel as follows:

22      1.     Hearing on defendants' motions to dismiss is presently scheduled for

23 December 14, 2007 at 10:00 a.m.;

24
        2.     Plaintiff's counsel and defendants' counsel have agreed to continue the hearing on
25
   the motions to dismiss to March 7, 2008 at 10:00 a.m.
26

27      3.     The parties jointly make this request to continue the hearing date on defendants'

28 motions to dismiss to accommodate the parties' attempts at early mediation.    Recent

                                                                                        1
ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND CONTINUING DEADLINE FOR FILING JOINT
STATUS REPORT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

developments in the case, primarily the issuance of proposed findings by the Office of Administrative Hearings pertaining to plaintiff's position as a paraeducator with the Davis Joint Unified School District, have placed the matter in a procedural posture that makes early mediation appropriate at this time.  The parties are meeting and conferring regarding selection of a private mediator and/or participation in the Eastern District's VDRP program and contemplate mediating the matter by the middle of February 2008.

4.      The present deadline for the filing of a joint status report in this case is twenty dates following the court's order on the pending motions.

5.      Counsel for the parties agree that since the scope of issues in this case will be determined in part by the Court's rulings on the pending motions to dismiss, it would benefit the parties and the Court if submission of the joint status report were postponed until after determination of the pending motions.

6.      For the foregoing reasons, the parties stipulate to issuance of an order continuing to March 7, 2008 the hearing on defendants' motions to dismiss.  The parties further stipulate to issuance of an order extending the deadline to file a joint status report in this matter to 20 days following the Court's order on the pending motions.

Date:  November _____, 2007                BOLLING, WALTER & GAWTHROP

By:_____
        T.D. Bolling, Jr.
        Marjorie E. Manning
        Attorneys for Plaintiff
        Gregory C. Byers

 Dated:  November _____, 2007              BERTRAND, FOX, & ELLIOT

By:_____
        EUGENE B. ELLIOT, ESQ.
        MICHAEL C. WENZEL, ESQ.
        Attorneys for Defendants Davis Joint
        Unified School District, David Murphy,
        Michael Cawley, Patrick Donlon and Steve
        Horowitz

2

ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND CONTINUING DEADLINE FOR FILING JOINT
STATUS REPORT

1

**ORDER**

2

Pursuant to the stipulation of the parties filed November 19, 2007, IT IS HEREBY

3

ORDERED that:

4

5

1.      Hearing on defendants' motions to dismiss is continued from December 14, 2007

6

to March 7, 2008 at 10:00 a.m.

7

2.      The parties' joint status report shall be filed no later than 20 days following the

8

filing of the Court's order on defendants' motions to dismiss.

9

10

DATED: November 20, 2007

11

12

13

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND CONTINUING DEADLINE FOR FILING JOINT STATUS REPORT

1