UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GREGORY C. BYERS,

        Plaintiff,

    v.

DAVIS JOINT UNIFIED SCHOOL DISTRICT, DAVID MURPHY, MICHAEL CAWLEY, PATRICK DONLON, AND STEVE HOROWITZ,

        Defendants.

NO. CIV. S-07-1056 FCD DAD

ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS

----oo0oo----

    1.    The hearing on Defendants Motions to Dismiss [Docket Numbers 17 and 22] is continued to March 28, 2008 at 10:00 a.m. Plaintiff shall file and serve their opposition brief or notice of non-opposition no later than March 7, 2008.  The Defendant may file and serve a reply on or before March 14, 2008.

    2.    Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

1    3.   Plaintiff's counsel shall file his response to the
2 order to show cause on or before March 7, 2008.
3    4.   A hearing on the order to show cause will follow the
4 hearing on the Motion to Dismiss.
5    IT IS SO ORDERED.
6 DATED: February 26, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE